United States District Court
Northern District of New York

_____

Kimberly DiPippo et al.,

                          Plaintiffs,         Case No. 6:24-cv-00902-LEK-CFH

      V                                      Appearance of Counsel

Oneida County, New York et al.,

                          Defendants.

_____

    John E. Heisler Jr. appears in this case as counsel for Steven P. Morgan.

Dated:  29 July 2024                                  s/ John E. Heisler Jr.
                                                      Bar Roll Number: 301476
                                                      Attorney for Steven P. Morgan
                                                      Onondaga County Department of Law
                                                      John H. Mulroy Civic Center, 10th Fl.
                                                      421 Montgomery Street
                                                      Syracuse, NY 13202
                                                      Telephone: (315) 435-2170
                                                      Fax: (315) 435-5729
                                                      Email: johnheislerjr@ongov.net

1